818 So.2d 777 (2002)
Everett A. BEAR, Willie Dufrene, Joel J. Faucheaux, Jr., Jeff Ferguson, David Folse, Michael Genusa, Gregory Gotangco, Robert Hackbarth, Rodger A. Johnson, Robert G. Koster, Richard C. Mansfield, Leonard J. Mitchell, Ricky Perrilliou, Sr. and Kenneth Simmons
v.
PELLERIN CONSTRUCTION, INC.
No. 2002-C-0943.
Supreme Court of Louisiana.
June 7, 2002.
Denied.
CALOGERO, C.J., would grant the writ.
*778 VICTORY, J., would grant the writ.
TRAYLOR, J., would grant the writ.